IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHELE FAHEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV421-004 |
| | ) |
| KOLCUN TREE CARE, LLC and JOHN DOES NOS. 1-10, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On January 11, 2021, Plaintiff brought suit in this Court seeking recovery for injuries she sustained in a horse and carriage accident. (Doc. 1.) In her complaint, Plaintiff contends that this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. (Id. at ¶ 1.) The party invoking this Court's diversity jurisdiction bears the burden of adequately pleading complete diversity. See 28 U.S.C. § 1332; Ray v. Bird & Son Asset Realization Co., 519 F.2d 1081, 1082 (5th Cir. 1975)[1] ("The burden of pleading diversity of citizenship is upon the party invoking federal jurisdiction, and if jurisdiction is properly challenged, that party also bears the burden of proof."). For the purposes of diversity jurisdiction, a limited liability company ("LLC") is a

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

citizen of every state in which any of its members are citizens. Rolling Greens MHP, LP v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1021-22 (11th Cir. 2004). The United States Court of Appeals for the Eleventh Circuit has been explicit in addressing the proper method to allege sufficiently the citizenship of an LLC: "a party must list the citizenships of all the members of the limited liability company." Id. at 1022.

In this case, Plaintiff's complaint does not include a list of the individual members, along with their citizenships, of Defendant Kolcun Tree Care, LLC. The complaint merely states that Defendant Kolcun "is a limited liability company under the laws of South Carolina with its principal place of business in South Carolina." (Doc. 1 at ¶ 1.) As discussed above, this is not sufficient to establish complete diversity. Accordingly, Plaintiff is **DIRECTED** to file an amended complaint within **fourteen days** from the date of this order listing all members of Defendant Kolcun and their citizenships.[2]

SO ORDERED this 12th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Court will not accept any amended complaint that incorporates by reference any factual allegation or argument contained in an earlier filing, or that offers only a piecemeal amendment. Plaintiff's amended complaint should be a stand-alone filing that independently contains all the factual allegations necessary to establish diversity between the parties.