

# AGREEMENT

**BUYER (Referred to as "The City")**

The Mayor and Aldermen of the City of Savannah
2 East Bay Street
Savannah, GA
Phone: 912-651-6428
Attention: Brittany Gashi
Buyer Contract Number: 888

**CONTRACTOR**

Kolcun Tree Care LLC
PO Box 23122

Hilton Head, SC  29925
757-8050
757-8095
office@allcarehhi.com
Tax Id:  82-1512544
Attention:

**GENERAL INFORMATION**

Contract Description: Tree Pruning
Effective: July 5, 2018  -   December 31, 2019
Contract Type: ANNUAL CONTRACT SERVICES
Contract Subtype:
Contract Classification: ANNUAL CONTRACT
Contract Subclassification:
Maximum Dollar Amount of this contract: $ 500,000.00

1. Cover Letter for RFPs
   a) Cover Letter for RFPs
      The City of Savannah (the "City") is now accepting proposals for the services or work described in Section 2 of this Request for Proposal (the "RFP"). Instructions for preparation and submission of a proposal are contained in this package.

      A pre-proposal conference has been scheduled at the date, time and location specified to discuss the scope of services/work and resolve any questions and/or misunderstandings that may arise. You are invited to attend.

      All proposals for the above will be received manually in the City's Purchasing Division Office, 1375 Chatham Parkway, 2nd floor, Savannah, Georgia 31405, for hand or express delivery. Submissions may be standard mailed to P.O. Box 1027, Savannah, Georgia 31402 or to 1375 Chatham Parkway, 2nd floor, Savannah, Georgia 31405. It is not enough for the proposal to be delivered to the post office box.

While the City generally collects mail from the post office box once daily, a proposer submitting to the post office box does so at its own risk. Proposals must be received and time stamped in the office of the Purchasing Division by the date and time specified to be considered.

Proposals will be received in the office of the Purchasing Division until the event closing date at 1:30 p.m. (EST). Proposals will be opened and the names of the respondents will be publicly read. Proposals not received in the office of the Purchasing Division by the time and date specified will not be considered. It is the proposer's responsibility to ensure that the proposal is delivered to the office of the Purchasing Division prior to the deadline for proposals.

Thank you for your interest in doing business with the City.

POST OFFICE BOX 1027
SAVANNAH, GEORGIA 31402
PHONE (912) 651-6425
TDD (912) 651-6702
FAX (912) 651-6855
WWW.SAVANNAHGA.GOV

2   **Information & Instructions for RFPs**
   a)   **1.0 Submission Requirements**
   If electronic submittal is permitted per the specifications, the complete original proposal must be submitted via the City's supplier portal webpage and received in accordance with the instructions detailed in the cover letter. All proposals submitted electronically must have a Section III signature form attached. Proposers shall attach all documents necessary to support their proposal and include them with their electronic submission. Proposers are responsible for checking the website to obtain all amendments/addenda that may be issued to bid specifications. The City is not responsible for direct distribution of amendments/addenda posted on the website to all vendors who wish to submit a proposal. Acknowledgment of amendments/addenda will be made in the bidding process. The City cannot guarantee Internet Access, it is strongly recommended that you respond 24 hours prior to the event bid closing date and time. Any changes to the conditions and specifications must be in the form of a written amendment/addendum to be valid; therefore, the City will issue a written amendment/addendum to document all approved changes. Any bid submitted which does not acknowledge the receipt of an amendment/addendum will not be considered.

   If submitted manually, the complete original proposal must be submitted in a sealed package and received in accordance with the instructions detailed in the cover letter. All proposals shall be marked with event title and number. Proposers shall file all documents necessary to support their proposal and include them with their proposal. Proposers shall be responsible for the actual delivery of proposals during business hours to the address indicated in the cover letter. It shall not be sufficient to show that the proposal was mailed in time to be received before scheduled closing time.

   b)   **1.1 How to Submit Bid Proposals**

   It is recommended all proposers submit responses as early as possible to avoid responses not being received on time.

   All proposals, if required to be submitted manually, shall be:
   (A)   Submitted in a sealed opaque envelope, plainly marked with the event number and title of proposal as previously listed.
   (B)   Mailed or delivered as follows in sufficient time to ensure receipt by the Purchasing Division on or before 1:30 P.M. (EST) on the date specified in the web page listing for this event:
   (1)   US Postal Service Standard Mailing Address: Purchasing Division, Post Office Box 1027, Savannah, Georgia 31402, or to 1375 Chatham Parkway, 2nd floor, Savannah, Georgia 31405.
   (2)   Hand or Overnight/Express Delivery Address: Purchasing Division, 1375 Chatham Parkway, 2nd floor, Savannah, Georgia 31405.
   (3)   Proposals unable to be mailed, express mailed, or hand delivered by the time indicated may be faxed as a last resort to the Purchasing Division the day of the closing date at the proposer's own risk. The fax number is (912) 651-6855. Proposers are cautioned to verify receipt of the fax transmission by calling the main office phone number at (912) 651-6425. The time of receipt is

based upon the proposal being received prior to closing date and time stamped at the Purchasing Division. No other time stamp, i.e. fax machine time, will be accepted.

(4) Proposals not received in the Purchasing Division by the time and date specified in the solicitation will not be opened.

If proposals are permitted to be submitted electronically per the specifications, proposers are cautioned to verify via the supplier portal on the City's e-procurement website that their proposal has been submitted. Failure to complete the submittal process will cause the proposer's response not to be considered. It is the responsibility of the proposer to ensure that the response is submitted in time to meet the stated closing date and time. The City is not responsible for accessibility to the proposer's internet service.

c) **1.2 Responsibility of the Proposer**

It is the sole responsibility of the PROPOSER to assure that it has received this entire RFP.

d) **1.3 Amendments/Changes to the RFP**

Proposers will be notified by an amendment to this proposal via their preferred method of notification of any change in the specifications contained in this RFP.

No verbal or written information which is obtained other than through this RFP or its amendments shall be binding on the City. No employee of the City is authorized to interpret any portion of this RFP or give information as to the requirements of this RFP in addition to that contained in or amended to this written RFP document.

e) **1.4 Right of Rejection and Clarification**

The City reserves the right to reject any and all proposals and to request clarification of information from any proposer. The City is not obligated to enter into a contract on the basis of any proposal submitted in response to this document.

f) **1.5 Request for Additional Information**

Prior to the final selection, proposers may be required to submit additional information which the City may deem necessary to further evaluate the proposer's qualifications.

g) **1.6 Denial of Reimbursement**

The City will not reimburse proposers for any costs associated with the preparation and submittal of any proposal, or for any travel and/or per diem costs that are incurred.

h) **1.7 Gratuity Prohibition**

Proposers shall not offer any gratuities, favors, or anything of monetary value to any official, employee, or agent of the City for the purpose of influencing consideration of this proposal.

i) **1.8 Right of Withdrawal**

A proposal may not be withdrawn before the expiration of ninety (90) days from the proposal due date.

j) **1.9 Right of Negotiation**

The City reserves the right to negotiate with the selected proposer the exact terms and conditions of the contract. The proposer's obligation to indemnify the City under this Section shall not be limited in any way by the agreed-upon contract price or to the scope and amount of coverage provided by any insurance maintained by the proposer including, without limitation to, the insurance required to be maintained by the proposer.

k)   **1.10 Right of Rejection of Lowest Fee Proposal**

The City is under no obligation to award this project to the proposer offering the lowest fee proposal. Evaluation criteria included in this document shall be used in evaluating proposals.

l)   **1.11 Exceptions to this RFP**

Proposers may find instances where they must take exception with certain requirements or specifications of this RFP. All exceptions shall be clearly identified, and written explanations shall include the scope of the exceptions, the ramifications of the exceptions for the City, and a description of the advantage to be gained or disadvantages to be incurred by the City as a result of these exceptions.

m)   **1.12 Indemnification**

The Contractor shall indemnify and save harmless, the Owner from and against all losses and all claims, demands, payment, suits, actions, recoveries, and judgements of every nature and description brought or recovered against it by reason of any act or omission of the said Contractor, its agents or employees, in execution of the work or in the guarding of it, and the Contractor agrees to defend the Owner from any claims, suits, and actions brought against the Owner by reason of any act or omission of the said Contractor to the extent permitted by law.

n)   **1.13 Rights to Submitted Material**

All proposals, responses, inquiries, or correspondence relating to or in reference to this RFP, and all reports, charts, and other documentation submitted by proposers shall become the property of the City when received.

o)   **1.14 Submittal of Qualifications**

Proposers should submit experience and qualifications as described below in Section 2 of this RFP. Additional information may be submitted as appropriate to further describe proposer and provide product capabilities.

p)   **1.15 Contract**

The contract between the City and the proposer shall consist of (1) this RFP and any amendments thereto, and (2) the proposal submitted by the proposer in response to this RFP. In the event of a conflict in language between the two documents referenced above, the provisions and requirements set forth and/or referenced in this RFP shall govern. However, the City reserves the right to clarify any contractual relationship in writing with the concurrence of the proposer, and such written clarification shall govern in case of conflict with the applicable requirements stated in this RFP or the proposal. In all other matters not affected by the written clarifications, if any, this RFP shall govern.

q)   **1.16 Termination of Contract for Cause**

The City may cancel the contract at any time for breach of contractual obligations by providing the proposer with a written notice of such cancellation. Should the City exercise its right to cancel the contract for such reasons, the cancellation shall become effective on the date as specified in the notice of cancellation sent to the proposer. If through any cause, the proposer fails to fulfill in a timely and proper manner its obligations under this contract, or if the proposer violates any of the covenants, agreements, or stipulations of this contract, the proposer shall be considered in breach of this contract and the City may thereupon give written notice of default to the proposer and allow the proposer seven (7) calendar days from such notice to cure such default. After notice, the City shall have the right to terminate this contract by giving written notice to the proposer of such termination and specifying the effective date thereof, at least five (5) days before the effective date of such termination. The proposer shall continue the performance of this contract to the extent any part is not terminated under the provisions of this clause.

If the City fails without cause to make payment when due, the proposer may give written notice of the proposer's intention to terminate this agreement. If the proposer fails to receive payment within ten (10) days after receipt of such notice by the City, the proposer may give a second written notice and five (5)

w) **1.22 Protest Procedure**

A proposer who is aggrieved by the recommendation of the City Manager to award a contract may appeal the decision to the City Manager no later than 48 hours prior to the date the award recommendation is scheduled to be approved by City Council (the "Council"). Recommendations to Council are posted on the preliminary agenda on the City's website generally on the Friday prior to the Council meeting date. It is the vendor's responsibility to ascertain the City's recommendation for award. The preliminary agenda may be accessed at http://ga-savannah2.civicplus.com/457/Agendas-Minutes. No consideration shall be given to protests received after the prescribed period for protests.

x) **1.23 Georgia Open Records Act**

The responses will become part of the City's official files without any obligation on the City's part. Ownership of all data, materials and documentation prepared for and submitted to the City in response to a solicitation, regardless of type, shall belong exclusively to the City of Savannah and will be considered a record prepared and maintained or received in the course of operation of public office of agency and is subject to public inspection in accordance with the Georgia Open Records Act, Official Code of Georgia Annotated 50-18-70, et Seq., unless otherwise provided by law.

y) **1.24 Debarment and Suspension Requirements**

By submitting a proposal, the proposer certifies that it and its principals:

a) Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded by any Federal department or agency;
b) Have not within a three-year period preceding this proposal been convicted of or had a civil judgement against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;
c) Are not presently indicted for or otherwise criminally or civilly charged by any government entity (Federal, State, or local) with the commission of any of the offenses enumerated in paragraph (b); and
d) Have not within a three-year period preceding this event had one or more public transactions (Federal, State, or local) terminated for cause or default.

The proposer will be verified against the General Service Administration (GSA) debarred list at GSA's website http://sams.gov.

z) **1.25 Period of Non-Communication**

Those intending to respond to this event, their employees, agents and attorneys, shall not make contact with City Council members, or with City staff outside of the Purchasing Division regarding this event during the bidding process and evaluation phase.

aa) **1.26 Local Vendor**

Local vendor. A bidder or business shall be considered a local vendor if it meets each one of the following requirements:

(a) It operates and maintains a headquarters, distribution point, division, bona fide office, or locally-owned franchise at a physical address situated within the corporate limits of the city;

(b) At the time of bid, proposal, or quotation submission, it possesses a current business tax certificate issued by the City of Savannah's Revenue Department, which it has continuously possessed for at least one year prior to the issuance of the solicitation by the City. A post office box or temporary office shall not qualify as a physical presence in the City for purposes of this subsection; and

(c) As a going concern, it performs quantifiable services in the ordinary course and scope of its business with the skills, qualifications and expertise necessary to execute its contractual obligations to the City.

| Contract Lines | | | |
| --- | --- | --- | --- |
| Item | Item Description | Unit of Measure | Base Cost |
| 105276 | Tree Pruning | EA | 500,000.0000 |


This is notification that you were the successful bidder for furnishing the above items to the City of Savannah for the period referenced above. All items and conditions as set forth in Bid Proposal response will apply.

The contract between the City of Savannah and the contractor shall consist of this document and (1) the original event document and any amendments thereto, and (2) the bid/proposal submitted by the supplier/contractor in response to the event/bid. In the event of a conflict in language between the two documents referenced above, the provisions and requirements set forth and/or referenced in the bid/RFP document shall govern. However, the City of Savannah reserves the right to clarify any contractual relationship in writing with the concurrence of the contractor, and such written clarification shall govern in case of conflict with the applicable requirements stated in the bid/RFP or the contractor's response/submittal. In all other matters not affected by the written clarifications, if any, the bid/RFP shall govern.

**Signature Warranty:**

The undersigned represent and warrant that they are authorized to bind their principals to the terms of this contract. The Contractor and the City of Savannah have executed this contract in duplicate originals, with one original being retained by each party.

**Contractor**

_[signature]_  
Signature

7-11-12  
Date

Michael Kokun  
Printed Name

**City**

_____  
Signature

_____  
Date

_____  
Printed Name

Title:  
City of Savannah

This instrument has been pre-audited in the manner required by the Local Government Budget and Fiscal Control Act.

This is notification that you were the successful bidder for furnishing the above items to the City of Savannah for the period referenced above. All items and conditions as set forth in Bid Proposal response will apply.

The contract between the City of Savannah and the contractor shall consist of this document and (1) the original event document and any amendments thereto, and (2) the bid/proposal submitted by the supplier/contractor in response to the event/bid. In the event of a conflict in language between the two documents referenced above, the provisions and requirements set forth and/or referenced in the bid/RFP document shall govern. However, the City of Savannah reserves the right to clarify any contractual relationship in writing with the concurrence of the contractor, and such written clarification shall govern in case of conflict with the applicable requirements stated in the bid/RFP or the contractor's response/submittal. In all other matters not affected by the written clarifications, if any, the bid/RFP shall govern.

**Signature Warranty:**

The undersigned represent and warrant that they are authorized to bind their principals to the terms of this contract. The Contractor and the City of Savannah have executed this contract in duplicate originals, with one original being retained by each party.

**Contractor**

Signature: _[signed]_   Date: 7-11-12

Printed Name: Michael Kohan

**City**

Signature: _[signed]_   Date: July 13, 2018

Printed Name: Molly F. Huhn   Title: Purchasing Director, City of Savannah

This instrument has been pre-audited in the manner required by the Local Government Budget and Fiscal Control Act.

## AWARD OF TREE PRUNING LIST EMAIL TO CONTRACTOR

Good morning! Please acknowledge receipt of this email.

Your firm has been awarded the bid in the amount of $ 83,717.40

_____ for Tree Pruning List No. 21 and your requisition number to proceed is 215875 .

Once the award has been made and the contractor has been notified, the contractor will be contacted by Ted Buckley, Landscape Architect with Greenscapes' or one of his staff, Steve Austin or Jimmy Davis, Forestry Inspectors, who will be your main contact going forward.

A weekly update of your progress should be made to your assigned Forestry Inspector, Jimmy Davis or Steve Austin.

The following requirements must be met in accordance with your contract and Specifications noted in Event no. 5932:

- Work shall begin ___ ASAP ___ and must be completed within two months from today, ___ February 28, 2019 ___.

- Prior to any ground disturbing activities, i.e. stump grinding, the contractor is responsible to call 811 for a utility locate for each site.

- If you feel you are unable to meet the deadline, an email request for an extension must be sent to the assigned Forestry Inspector twenty (20) days prior to the contract completion date.

- Obtain a right of way permit prior to beginning your work (fees will be waived). Link to permit details: http://www.savannahga.gov/index.aspx?NID=1106.

- GDOT requires that the City notify them of any traffic interruption on a primary road. Ted Buckley of our office will be your contact for prior submittals of any possible road closures/interruptions (Ted's email is wbuckley@savannahga.gov and his phone number is 912/651-6610, Option 2).

- If you, your employees, or your subcontractor have any kind of an emergency (i.e. water line break, gas leak, etc.), they are responsible for contacting the appropriate utility company for repairs. Your representative must also stay on site for any damage caused to any utility until the appropriate utility repair personnel are on site. If the incident occurs prior to 7:00 a.m. or after 4:30 p.m., it is the responsibility of your representative to contact the assigned Forestry Inspector. Damage to any utility must be repaired on the same calendar day that the damage occurs, water, gas, electric, phone, unless the public utility making the repair is unable to do so. All repair costs incurred is the responsibility of the contractor. If the incident occurs prior to 7:00 a.m. or after 4:30 p.m., your representatives must call the City's after hours phone 912/351-3440 and they will notify the appropriate Greenscapes on-call person.

Please send a copy of your invoice to me as an attachment to mholloway@savannahga.gov. The original invoice can either be mailed to City's Accounts Payable Department, P. O. Box 1027, Savannah, GA 31402 or emailed to accounts_payable@savannahga.gov. The requisition number or purchase order number and the list number must be noted on the invoice. Once work has been inspected by the City's Forestry Inspector and approved, payment will be released.

If you have any questions, please do not hesitate to call me at 912/651-6610, Option 2 or email me at mholloway@savannahga.gov.

Thank you.



**Public Works Bureau**
Traffic Engineering Department
Post Office Box 1027
Savannah, GA 31402
Phone: (912) 651-6600   Fax: (912) 525-1535

**Right of Way Work Permit**

Site Location: 111 E 31ST ST., 1207-1209 E 31ST ST., 1225 E 32ND ST., 1203 E 33RD ST., 1215 E 33RD ST., 1108 E 37TH ST., 527 E 37TH ST., 901, 903 & 905 E 37TH ST., 402 E 38TH ST., 920 E 38TH ST., 418 W 38TH ST., 902 E 39TH ST., 18 E 40TH ST., 203 W 40TH ST., 1113 E 41ST ST., 746 E 41ST ST., 809 E 41ST ST., 1334 E 42ND ST., 1712 ABERCORN ST., 313 ABERCORN ST., 116 E ANDERSON ST., 1233 E ANDERSON ST., 415 E ANDERSON ST., 1602 BARNARD ST., 130 E BAY ST., 106 E BOLTON ST., 321 E BOLTON ST., 909 E BOLTON ST., 227-229 E BROAD ST., 317 E BROAD ST., 402 W BROUGHTON ST., 1201-1209 BULL ST., 1400 BULL ST., 1512 BULL ST-POLICE STATION PRECINCT 2, 2301 BULL ST., 2403 BULL ST., 117 W CHARLTON ST., 1114 E DUFFY ST., 1214 E DUFFY ST., 501 E DUFFY ST., 523 E DUFFY ST., 707 E DUFFY ST., 10 W DUFFY ST., 23 W DUFFY ST., 203 W DUFFY ST., 213 & 217 W DUFFY ST., 204 E GASTON ST., 222 E GORDON ST., 105 W GORDON ST., 1005 E GWINNETT ST., 416 E GWINNETT ST., 504 E GWINNETT ST., 106 HABERSHAM ST., 134 HABERSHAM ST., 1702 HABERSHAM ST., 2401 HABERSHAM ST., 501 HABERSHAM ST., 917 HABERSHAM ST., 106 E HARRIS ST., 124 E HARRIS ST., 116 W HARRIS ST., 1002 E HENRY ST., 122 E HENRY ST., 1319 E HENRY ST., 1328 E HENRY ST., 207 E HENRY ST., 815 E HENRY ST., 507 E JONES ST., 106 W JONES ST., 123 E LIBERTY ST., 301 E HENRY ST/1301 LINCOLN ST., 1110 MARTIN LUTHER KING JR BLVD., 402-404 E MCDONOUGH ST., 2414 MONTGOMERY ST., 715 MONTGOMERY ST., 124 E OGLETHORPE AVE., 510 E OGELTHORPE AVE., 304 E PARK AVE., 1210 SEILER AVE UNIT ½., 742 SEILER AVE., 418 E STATE ST., 511 TATTNALL ST., 2 E TAYLOR ST., 10 W TAYLOR ST., 24 E VICTORY DR., 1129 E WALDBURG ST., 113 E WALDBURG ST., 521 E WALDBURG., 302 W WALDBURG ST., 318 W WALDBURG ST., and 430 WHITAKER ST.

Permit Number:   18-11034-R1



**Public Works Bureau**
Traffic Engineering Department
Post Office Box 1027
Savannah, GA 31402
Phone: (912) 651-6600   Fax: (912) 525-1535

**Right of Way Work Permit**

|  |  |
|---|---|
| **Applicant:** Rebecca Kolcun | **Permit/From Date:** 01/02/2019 |
| Kolcun Tree Care LLC | **Expires/To Date:** 04/02/2019 |
| Business Phone: (843) 757-8050 | **Permit Status:** Approved |
| Mobile Phone: (843) 540-8437 | **Permit Issued:** Emailed 01/02/2019 |
| Fax: (843) 757-8095 | |
| Email: office@allcarehhi.com | |

**Fees:** NO FEES - FEES WAIVED

**Type of Work:** Other
**Description:** Sidewalk, parking spaces, shoulder/median for tree pruning (Trucks)

### PERMIT APPROVED SUBJECT TO THE FOLLOWING CONDITIONS

- VEHICLES AND HEAVY CONSTRUCTION EQUIPMENT ARE NOT PERMITTED TO BE ON THE SIDEWALK, CURB OR ADA RAMPS. The applicant is responsible for restoring any of the above infrastructures if they are damaged while removing the trees. Remove grounded stump material, tree parts, debris and construction material from the R/W upon completion. (*Bryant, Larry*)
- While the operations is being conducted, Work to not block Fire department access to hydrants. (*Handy, William*)
- Contractor is responsible for separating pedestrian traffic from both work site activity and motor vehicle traffic by placing the appropriate barricades and signing per MUTCD STANDARDS.

If 5 feet of sidewalk cannot remain open, the sidewalk shall be closed by placing the appropriate barricades and signing per the attached exhibit.

Contractor is responsible for blocking the parking spaces. If barricades or meter bags are needed, they can be picked up from Traffic Engineering (1100 W. Gwinnett St.) the business day prior to the event between 8:30 AM and 4:30 PM. A $50 security deposit is required for the use of these barricades, but will be refunded if barricades are returned intact within two weeks. If meter bags are needed, please call in advance so bags can be ready for pick-up. (*Bryant, Samuel*)

| Department Approvals | Date | Status | User Name |
|---|---|---|---|
| Streets | 01/02/2019 | Conditional | Bryant, Larry |
| Sanitation | 12/29/2018 | Approved | Mason, Fonda |
| Parking Services | 12/28/2018 | Approved | McDonald, Glennwood |
| Fire and Emergency | 12/28/2018 | Conditional | Handy, William |
| Traffic Engineering | 01/02/2019 | Conditional | Bryant, Samuel |

**Issued Note:** Includes 1 attachment (Sidewalk Closure detail)

**Additional Information:** NO WORK SHALL BE PERMITTED IN FESTIVAL ZONE/HISTORIC DISTRICT MARCH 15 -17 DUE TO ST. PATRICK'S DAY ACTIVITIES.