**Robie Walp**

| | |
|---|---|
| **From:** | Robie Walp |
| **Sent:** | Friday, February 8, 2019 4:23 PM |
| **To:** | Andre Pretorius (apretorius@chathamcounty.org); Ashley Piner; Bjimenez (Bjimenez@chathamcounty.org); cheryl rogers (cwrogers@chathamcounty.org); coroners office; David Gay; Devonn Adams; Greg McConnell; Joe Lewis (JLewis@Savannahga.Gov); Kimberly Brody; Laura Minton; meg heap; Richard Moore; Robert Gavin; Roy Minter (RMinter@Savannahga.Gov); SCMPDPublicAffairs; scott robichaux; Shawn Kinzer |
| **Subject:** | serious injury crash CRN 190208054 |

| | |
|---|---|
| Incident: | Serious Injury Crash |
| Precinct: | 2 |
| Location: | Habersham @ Congress |
| CRN: | 190208054 |
| Time: | 1132 |

| | |
|---|---|
| Driver | Michele Fahney |
| | Savannah, GA |
| | D.O.B. ███-79  39 y.o.a. |

| | |
|---|---|
| Vehicle | Horse drawn carriage |

| | |
|---|---|
| Owner | Historic Savannah Carriage Tours |

| | |
|---|---|
| Passenger #1 | John Vick |
| | Wilmington, NC |
| | D.O.B. ███-46  72 y.o.a. |

| | |
|---|---|
| Passenger #2 | Debra Jacques |
| | Wilmington, NC |
| | D.O.B. ███-56  62 y.o.a. |

| | |
|---|---|
| Passenger #3 | Dorthy Vick |
| | Wilmington, NC |
| | D.O.B. ███-51  67 y.o.a. |

| | |
|---|---|
| Passenger #4 | Gary Vick |
| | Wilmington, NC |
| | D.O.B ███-43  75 y.o.a. |

| | |
|---|---|
| Passenger #5 | Michelle Edstrom |
| | Loma Linda, CA |
| | D.O.B. ███92  26 y.o.a. |

| | |
|---|---|
| Passenger # 6 | Erik Edstrom |
| | Loma Linda, CA |
| | D.O.B. ███92  26 y.o.a. |

On 8 February 2019 at approximately 1_ _ < hrs. Ms. Fahney was conducting a horse _ _awn carriage tour. At the time they were traveling east on the north side of Columbia Square. As they were passing the square a city contracted tree timing service started a wood chipper that was parked in the road adjacent to the square. The horse was passing the chipper just as the crew started to chip limbs that they had cut. When they did this the horse became startled and started running. The driver of the carriage (Ms. Fahney) attempted to get the horse under control as they rounded the square and started north on Habersham St. They continued north crossing Broughton St. As they approached Warren Square Ms. Fahney saw that there were citizens in the square and the horse was not following her commands and was out of control. Just before they were to enter the square she was able to get the horse to turn east on Congress St. The carriage went into the bushes on the south east corner of the square. As the carriage came out of the square the carriage rolled over on to its right side. When the carriage rolled everyone was ejected from the carriage. At the time there was 6 passengers and Ms. Fahney. Everyone was transported to either Memorial Medical Center or Candler Hospital. Three occupants sustained serious injury. The rest of the occupants sustained minor injuries.

The crash is under investigation by the Traffic Investigation Unit.

CPL. Robie Walp
SPD Traffic Investigation Unit
Phone 912-525-2474
Fax 912-525-2422

Page 1 of 3

## GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | | | County | Date Rec. by DOT |
|---|---|---|---|---|---|
| 190208054 | 0250300 | | | CHATHAM | 2/8/2019 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | Savannah |
| 2/8/2019 | 11:32 | 2/8/2019 | 11:33 | 2/8/2019 | 11:38 | 1 | 7 | 0 | |

Road of Occurence: HABERSHAM ST

At its Intersection With: E ST JULIAN ST

Not At Its Intersection But: ☐ Miles ☐ North ☐ East ☐ Feet ☐ South ☐ West Of

Latitude (Y): 32.078728 (Format) 00.00000

Longitude (X): -81.087037 (Format) -00.00000

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

| | Unit # 1 | ☑ Driver ☐ Ped ☐ Bike | LAST NAME FAHNEY | FIRST MICHELLE | MIDDLE | Unit # | ☐ Driver ☐ Ped ☐ Bike | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|---|---|---|---|---|---|

☐ Susp At Fault | Address 2 W BAY ST | | ☐ Susp At Fault | Address

City: SAVANNAH (CHATHAM)  State: GA  Zip: 31401  DOB: 1979 | City  State  Zip  DOB

Driver's License No: UNKNOWN  Class  State  Country: USA | Driver's License No  Class  State  Country

Insurance Co.: NATIONAL FIRE & MARINE INS CO  Policy No.: 72LPS031180  Telephone No. | Insurance Co.  Policy No.  Telephone No.

Year: 2018  Make: HORSE CARRIAGE  Model: UNKNOWN | Year  Make  Model

VIN  Vehicle Color: Black | VIN  Vehicle Color

Tag #  State  County  Year | Tag #  State  County  Year

Trailer Tag #  State  County  Year | Trailer Tag #  State  County  Year

☐ Same as Driver  Owner's Last Name: TARR  First: KELLEY  Middle | ☐ Same as Driver  Owner's Last Name  First  Middle

Address: 1 CRESTWOOD DR | Address

City: SAVANNAH (CHATHAM)  State: GA  Zip: 31405 | City  State  Zip

Removed By: No  ☐ Request ☐ List | Removed By:  ☐ Request ☐ List

Alcohol Test: No  Type:  Results:  Drug Test: No  Type:  Results: | Alcohol Test:  Type:  Results:  Drug Test:  Type:  Results:

First Harmful Event: Animal  Most Harmful Event: Animal  Operator/Ped Cond: Not Cracking | First Harmful Event:  Most Harmful Event:  Operator/Ped Cond:

Operator Factors: Reaction to Object or Animal

Vehicle Factors: No Contributing Factors  Roadway Factors: No Contributing Factors | Vehicle Factors:  Roadway Factors:

Direction of Travel: North  Vehicle Maneuver: Straight  Non-Motor Maneuver: | Direction of Travel:  Vehicle Maneuver:  Non-Motor Maneuver:

Vehicle Class: Privately Owned  Vehicle Type: Other  Vision Obscured: Not Obscured | Vehicle Class:  Vehicle Type:  Vision Obscured:

Number of Occupants: 8  Area of Initial Contact: Unknown  Damage to Vehicle: Functional Damage | Number of Occupants:  Area of Initial Contact:  Damage to Vehicle:

Traffic Way Flow: Two-Way Trafficway with a physical separation  Road Composition: Block Top  Road Character: Straight and Level | Traffic Way Flow:  Road Composition:  Road Character:

Number of Lanes: 2  Posted Speed: 25  Work Zone: None | Number of Lanes:  Posted Speed:  Work Zone:

Traffic Control: No Control Present  Device Inoperative: ☐ Yes ☑ No | Traffic Control:  Device Inoperative: ☐ Yes ☐ No

Citation Information:
Citation #  O.C.G.A. §
Citation #  O.C.G.A. §
Citation #  O.C.G.A. §

Citation Information:
Citation #  O.C.G.A. §
Citation #  O.C.G.A. §
Citation #  O.C.G.A. §

### COMMERCIAL MOTOR VEHICLES ONLY

Carrier Name | Carrier Name

Address  City  State  Zip | Address  City  State  Zip

U.S.D.O.T. #  No. of Axles  G.V.W.R | U.S.D.O.T. #  No. of Axles  G.V.W.R

Cargo Body Type  Vehicle Config.  ☐ Interstate ☐ Intrastate  Fed. Reportable | Cargo Body Type  Vehicle Config.  ☐ Interstate ☐ Intrastate  Fed. Reportable ☐ Yes ☐ No

C.D.L.? ☐ Yes ☐ No  C.D.L. Suspended? ☐ Yes ☐ No | C.D.L.? ☐ Yes ☐ No  C.D.L. Suspended? ☐ Yes ☐ No

Vehicle Placarded? ☐ Yes ☐ No  Hazardous Materials? ☐ Yes ☐ No | Vehicle Placarded? ☐ Yes ☐ No  Hazardous Materials? ☐ Yes ☐ No

Hazmat Released? ☐ Yes ☐ No | Hazmat Released? ☐ Yes ☐ No
If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (6/7/17)

## COLLISION FIELDS

| Manner of Collision: Solid Collision with Other Vehicle | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Daylight |
|---|---|---|---|---|

### NARRATIVE

Vehicle 1, a Historic Savannah Carriage Tours Horse Drawn Carriage, was traveling north on Habersham St. Multiple witnesses on scene advised that they saw the carriage at Habersham St and York St, Columbia Square. They stated that the horse pulling the carriage appeared to have been spooked and started running out of control on Habersham St.

David Major, Wit 1, was painting the outside of a house on Habersham St and St. Julian Street. He stated that he heard yelling and then observed the carriage coming toward s him. He then stated that the carriage struck a sign, causing the horse and the carriage to flip over. He stated that some of the passengers were stuck under the carriage.

All passengers, including the driver, were transported to a hospital and appeared to have serious injuries. The horse appeared to have minor injuries.

Traffic Investigation Unit was requested and responded.

BWC Activated.

### DIAGRAM



St Julian

Warren Square

P.O.I.

Not To Scale

Congress St

Habersham St

N

### PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |
|---|---|

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| MAJOR, DAVID | 914 WILCOX ST | SAVANNAH (CHATHAM) | Georgia | 31405 | |

GDOT-523 (07-07)

## OCCUPANT INFORMATION

### 1
| Name (Last, First): FAHNEY, MICHELLE | | | | | Address: 2 W BAY ST  SAVANNAH (CHATHAM), GA 31401 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 39 | Sex: Female | Unit #: 1 | Position: Front Seat-Left Side | Safety Eq: None Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: Yes |
| Injured Taken To: MEMORIAL HOSPITAL | | By: M51 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:09 | |

### 2
| Name (Last, First): VICK, DOROTHY | | | | | Address: 11542 DEER LN  LA PLATA, MD 20646 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 67 | Sex: Female | Unit #: 1 | Position: Sleeper Section of Cab | Safety Eq: None Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: Yes |
| Injured Taken To: MEMORIAL MEDICAL HOSPITAL | | By: M51 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:09 | |

### 3
| Name (Last, First): VICK, GARY | | | | | Address: 11542 DEER LN  LA PLATA, MD 20645 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 68 | Sex: Male | Unit #: 1 | Position: Sleeper Section of Cab | Safety Eq: None Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: No |
| Injured Taken To: MEMORIAL HOSPITAL | | By: M26 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:09 | |

### 4
| Name (Last, First): EDSTROM, ERIK | | | | | Address: 24673 STEWART ST  LOMA LINDA, CA 92350 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 25 | Sex: Male | Unit #: 1 | Position: Sleeper Section of Cab | Safety Eq: Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: No |
| Injured Taken To: MEMORIAL HOSPITAL | | By: M26 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:09 | |

### 5
| Name (Last, First): EDSTROM, MICHELLE | | | | | Address: 6614 SUNNYSLOPE RD SW  PORT ORCHARD, WA 98367 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 26 | Sex: Female | Unit #: 1 | Position: Sleeper Section of Cab | Safety Eq: None Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: No |
| Injured Taken To: MEMORIAL HOSPITAL | | By: M45 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:09 | |

### 6
| Name (Last, First): DEBORAH, JACQUES | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 69 | Sex: Female | Unit #: 1 | Position: Sleeper Section of Cab | Safety Eq: None Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: No |
| Injured Taken To: CANDLER HOSPITAL | | By: M30 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:31 | |

### 7
| Name (Last, First): , JOHN | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 72 | Sex: Male | Unit #: 1 | Position: Sleeper Section of Cab | Safety Eq: None Used | Ejected: Totally Ejected | Extricated: No | Air Bag: No Air Bag in This | Injury: Suspected Serious | Taken for Treatment: No |
| Injured Taken To: CANDLER HOSPITAL | | By: M30 | | EMS Notified Time: 02/08/2019 11:33 | | EMS Arrival Time: 02/08/2019 11:36 | | Hospital Arrival Time: 02/08/2019 12:31 | |

## ADMINISTRATIVE

| Photos Taken: ☑ Yes ☐ No | By: SPD FORENSICS | | Officer Note: If an injury resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at Georgia.Accident@dot.ga.gov or Fax at (404) 635-2963. | |
|---|---|---|---|---|
| Report By: RODRIGUEZ, ROBERT | Agency: Savannah Police Department | Report Date: 02/08/2019 15:19 | Checked By: COLON, R | Date Checked: 2/11/2019 |

| Case Report No. 190208054 | Agency NCIC Number GA02_  _00 | Accident Date 2-8-19 | Georg: 'Iniform Motor Vehicle Accident Supplemental Report | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Occupants** **Last Name    First    --Address, City, State, ZIP** | | | | AGE | SEX | UFM W | FR3 | BLI | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EYD | OFF BAG |
|  | | | |  |  |  |  |  |  |  |  |  |  |
|  | | | |  |  |  |  |  |  |  |  |  |  |
|  | | | |  |  |  |  |  |  |  |  |  |  |
| Injured Taken to: | | | | | | | | | | | | | |

### Investigative Supplemental
### CPL. R. Walp

| | |
|---|---|
| **Driver** | Michele Fahney  (Tour Guide) |
| | D.O.B. ▮▮▮79 |
| | 2 W. Bay St. |
| | Savannah, GA 31401 |
| | Phone # ▮▮▮▮▮▮▮ |
| **Vehicle** | Horse drawn carriage |
| | Carriage number 974 |
| **Horse** | Freddie (black male Percheron) (12 years old) |
| **Owner** | Historic Savannah Carriage Tours |
| | 100 Aberdeen St. |
| | Savannah, GA 31401 |
| **Employee #1** | Kelly Tarr |
| | Phone # ▮▮▮▮▮▮ |
| **Employee #2** | Tyler Rucker |
| | D.O.B. ▮▮▮-92 |
| | Phone # ▮▮▮▮▮▮▮ |
| **Passenger #1** | John Vick |
| | D.O.B. ▮▮▮-46 |
| | Wilmington, NC |
| | Phone # ▮▮▮▮▮▮▮ |
| **Passenger #2** | Debra Jacques |
| | D.O.B. ▮▮▮-56 |
| | Wilmington, NC |
| | Phone # ▮▮▮▮▮▮▮ |

| Report By : KDW CPL R. Walp | PayRoll : 3799 | Supervisor: | Page 1 |
|---|---|---|---|

| Case Report No.  190208054 | Agency NCIC Number  GA02\_ \_00 | Accident Date  2-8-19 | Georgi\_ Uniform Motor Vehicle Accident  Supplemental Report | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants  Last Name      First   --Address, City, State, ZIP | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJEC'T | SAFETY EQUIP | EXTR | AIR BAG | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

| | |
|---|---|
| **Passenger #3** | Dorthy Vick  D.O.B. ███-51  11542 Deer Ln  LaPlata, MD 20646  Phone # ████████ |
| **Passenger #4** | Gary Vick  D.O.B. ███-43  11542 Deer Ln  LaPlata, MD 20646  Phone # ████████ |
| **Passenger #5** | Michelle Edstrom  D.O.B. ███92  24673 Stewart St.  Loma Linda, CA  Phone # ████████ |
| **Passenger # 6** | Erik Edstrom  D.O.B. ████-92  24673 Stewart St.  Loma Linda, CA  Phone # ████████ |
| **Witness #1** | David Major  D.O.B. ████-54  914 Wilcox St.  Savannah, GA  Phone # ████████ |
| **Witness #2** | Gentry Taylor Jefferson  D.O.B. ████-00  1321 Glennwood Ave.  Hagerstown, MD  Phone # ████████ |

| Report By  CPL R. Walp | PayRoll :  3799 | Supervisor: | Page 2 |
|---|---|---|---|

| Case Report No. | Agency NCIC Number | Accident Date | Georgi⸱ ⸱Iniform Motor Vehicle Accident | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | GA02⸱⸱⸱00 | 2-8-19 | Supplemental Report | | | | | | | | | | |
| Occupants<br>Last Name   First   —Address, City, State, ZIP | | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

**Witness #3**      James Holloway
                  D.O.B. ▓▓▓▓ 59
                  Phone # ▓▓▓▓▓▓▓

**Trimming Co.**    All Care Tree
                  40 Ulmer Rd
                  Bluffton, SC 29983
                  Phone # ▓▓▓▓▓▓▓

**Crew Member #1**  Marvin Singletary
                  275 Clyo Rd.
                  Garnett, SC 29983
                  Phone # ▓▓▓▓▓▓▓

**Crew Member #2**  Marcos Rodriquez
                  2 Pearl Shell Manor
                  Hilton Head, SC 29983
                  Phone # ▓▓▓▓▓▓▓

**Crew Member #3**  Irving Nava
                  2 Pearl Shell Manor
                  Hilton Head, SC 29983
                  Phone # ▓▓▓▓▓▓▓

**Crew Member #4**  Rafal Nava
                  2 Pearl Shell Manor
                  Hilton Head, SC 29983
                  Phone # ▓▓▓▓▓▓▓

**Crew Member #5**  Victor Garcia
                  No Address Given
                  Phone # ▓▓▓▓▓▓▓

**Crew Member #6**  Marcardo Gonzales
                  No Address or Phone # given.

| Report By<br>CPL R. Walp | PayRoll :<br>3799 | Supervisor | Page 3 |
|---|---|---|---|

| Case Report No. | Agency NCIC Number | | Accident Date | Georgi 'Iniform Motor Vehicle Accident | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | GA02~~ ~00 | | 2-8-19 | Supplemental Report | | | | | | | | | |
| Occupants<br>Last Name     First     —Address, City, State, ZIP | | | | AGE | SEX | VEH<br>F | POS | INJ | TAKEN<br>FOR<br>TREATMENT | EJECT | SAFETY<br>EQUIP | EXTR | AIR<br>BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

**8 February 2019**

  Sir: On 8 February 2019 at approximately at approximately 1145 hrs. I responded to the area of Warren Square in reference to a horse carriage wreck resulting in multiple people sustaining serious injuries. Warren Square in on Habersham St. between Bay St. and Broughton St. Specifically the street on the north side of the square is Bryan St. and it is a one-way west bound street. The street on the south side of the square is Congress St. and it is a one-way east bound street. St. Julian St is an east/west street that is in between Bryan St. and Congress St. St. Julian St. does not enter the square. It stops on this square on the east side where it intersects with Habersham St. On the west side of the square where St. Julian St. should be is a private parking garage. Habersham St. is a north/south street.

  When I arrived on scene all traffic entering the square was blocked off. On the south east corner of St. Julian St. and Habersham St. there were multiple people with various serious injuries. They were all being treated by EMS and Fire Department personnel. They were all in front of 24 Habersham St. There was a horse drawn carriage on St. Julian St. It was on the north side of 24 Habersham St. It had been up righted and the horse was gone. As I was initially walking up to the scene I was being shown various witnesses. In addition I was being told that this started one square to the south (Columbia Square). Also I was being told that this may have involved a tree trimming service (All Care Tree) that was working on the south side of the square.

  I asked Cpl. R. Moore and Apo. E. Myrick to interview the witnesses. Cpl. J. Stalter went and tried to interview the tree trimming crew. She ended up having to use Sgt. R. Colon to do this because the crew was a Spanish speaking crew. Once I had people interviewing the witnesses I then checked on the patient's status with the on scene EMS supervisor. At that moment he knew there was at least 5 people in various stages of transport. At least one of them had a broken femur. In addition to these 5 people there was at least two more being treated on the street. This brought the total number of people involved from the carriage to 7.

  I did a quick initial walk through and then I went to the carriage and documented the damage to it. While I was doing this Sgt. G. Lawhorn from SPD's Mounted Patrol flagged me down. He told me he had two of his officers go to the stable where the horse was supposed to have been taken to. They were going to check on the condition of the horse. In addition he linked me up with one of the City of Savannah Marshall's who dealt with the horse drawn carriage companies. She pointed out that I needed to look into the city ordinances that govern the horse drawn carriage companies. These were found in City of Savannah Code Part 6 Licensing and Regulation: Article R Tour Service for Hire. One important thing to note it there was small branches and leaves from bushes in part of the under carriage of the carriage.

| Report By :<br>CPL R. Walp | PayRoll :<br>3799 | Supervisor: | Page 4 |
|---|---|---|---|

| Case Report No. | | Agency NCIC Number | | Accident Date | | Georgia Uniform Motor Vehicle Accident Supplemental Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | | GA025..00 | | 2-8-19 | | | | | | | | | | |
| Occupants Last Name | First | --Address, City, State, ZIP | | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | | |

After documenting the damage to the carriage I started walking the scene to determine the exact path of the carriage before it came to final rest. Prior to this Cpl. Moore, Cpl. Stalter, and Apo. Myrick and came back to me with what the witnesses had stated. This incident appears to have initially started on York St. on the south side of Columbia Square as the carriage was traveling east. The path that was taken was east on York St. and north on Habersham St. Somewhere on York St. the horse took off running and the driver (Ms. Fahney) lost control. The carriage continued north on Habersham St. crossing Broughton St. and then they made the right onto Congress St. and eventually tipped over near the south east corner of Warren Square. According to what the witnesses were telling us by the time the carriage made it to Broughton Lane the horse was a full gallop and he never slowed down until the carriage tipped over pulling him down on his side.

With this knowledge I was able to walk back and find a tire mark that led up to the scrapes and gouges where the carriage tipped over. This mark started just south of Congress St. on Habersham St. It crossed Congress St. and enters the bushes on the south east corner of the square. You could see where the tires went through the bushes and reentered Habersham St. just before the scrapes and gouge marks. It appears that this tire mark and "the path through the bushes" was from the left side of the carriage and the right side never left the roadway. Looking at the bushes and the side of the roadway next to the bushes it appears that the combination of trying to make a right turn fast, along with the left side the carriage being pushed into the air/tires leaving the ground is the cause of the carriage to tip over.

In the middle of Habersham St. about halfway between Congress St. and St. Julian St. is where the gouge marks and scrape marks from the carriage start. These marks continue in a north easterly direction until the carriage stopped sliding in front of 24 Habersham St. Looking back from where the carriage came to final rest you can follow the line from the scrape/gouge marks to the line in the bushes, from the line in the bushes to the tire mark that crossed Congress St. and then back to the beginning of that tire mark.

Once I finished with the walk through of the scene I marked and measured everything that I could. The following is the measurements that I took.

- The tire mark from the beginning to where it enters the square was approximately 88 feet 6 inches.
- The total length from the beginning of the tire mark to the final rest was approximately 128 feet 8 inches.

| Report By : | PayRoll : | Supervisor : | Page 5 |
|---|---|---|---|
| CPL R. Walp | 3799 | | |

| Case Report No.  190208054 | Agency NCIC Number  GA02~~~00 | | Accident Date  2-8-19 | | Georgi~ 'Iniform Motor Vehicle Accident Supplemental Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants  Last Name     First    --Address, City, State, ZIP | | | | AGE | SEX | VEH # | POS. | INJ | TAKEN FOR TREATMENT | EJEC'T | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

DAMAGE

The following is the list of damage to the carriage.

- The cover of the carriage was bent on the front right portion of the cover.
- The wheel hubs on the right side damaged and had heavy scrape marks.
- The right side tires had scrape marks on the outer portions of the rim and tire.
- There was yellow paint on the front right tire from where it impacted with the curb at final rest.
- All of the seat covers were thrown out of the carriage.
- Fresh scrape marks on various bars and handles on the right side of the carriage.
- One of the mounting bolts on the right side of the carriage for one of the seats safety bars was bent and there were fresh scrape marks on it.
- Various side skirts and boards on the right side of the carriage had scrape marks on them from sliding.
- Portions of the padding that was still attached to the carriage on the right side had rips, tears, scrapes, and scratches in them.
- The right side outer edges of the top of the carriage had scrapes on it.
- The right side of the front panel was bent and separated from its frame.
- The right side step was bent.

While I was measuring and marking the scene Cpl. Moore and Apo. Myrick went to Memorial Medical Center where they interviewed Ms. Fahney, Mr. Edstrom, Dorthy Vick, and Gary Vick. They were not able to interview Ms. Edstrom due to her injuries. I interviewed her days later. I went to Candler Hospital where I interviewed Debra Jacques and John Vick. Here is an overview of everyone interviewed the day of the crash.

Interviews:

Driver:

Michele Fahney

Ms. Fahney was interviewed by Cpl. Moore. This interview was captured on a BWC. This interview was done at Memorial Medical Center. Here is an overview of the interview.

Ms. Fahney was the driver/tour guide of the carriage. She had six passengers. She claimed that as they were traveling east on York St. approaching Columbia Square a "big green beer truck,

| Report By :  CPL R. Walp | PayRoll :  3799 | Supervisor : | Page 6 |
|---|---|---|---|

| Case Report No. | Agency NCIC Number | Accident Date | Georgia Uniform Motor Vehicle Accident | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | GA02~~00 | 2-8-19 | Supplemental Report | | | | | | | | | | |
| Occupants<br>Last Name    First   --Address, City, State, ZIP | | | AGE | SEX | USH # | POS | INJ | TAKEN<br>FOR<br>TREATMENT | EJECT | SAFETY<br>EQUIP | EXTR | AIR<br>BAG |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | |

delivery truck" was behind them. She went on to state that as they entered the square there was a wood chipper truck on the south east corner of York St. and Habersham St. At that point the truck was "off". She stated that as the tour approached the truck the workers turned on the chipper and fed a large branch into it. She continued with almost at the same time as the chipper started the truck that was following them passed on their right and then went south on Habersham St. At this point she stated the "horse was looking at both things". Because of this she tried pulling the horse to the left to direct it out of the square. This would have put them traveling north on Habersham St. According to Ms. Fahney at this same exact time one of the tree trimmers started a chain saw and another started up the wood chipper. At this point the horse spooked and started running. Once the horse started running she began pulling on the reins and trying to get the horse to slow down. She could not get the horse to slow down and they continued north on Habersham St. and crossed Broughton St. As they were approaching Warren Square Ms. Fahney realized the horse was not going to slow down or stop. She saw that they were headed straight for the benches and trees in the square. Because of this she tried to steer the horse around the square. The horse started to respond by going right. It was too late though. Part of the carriage hit the curb and went through the bushes. Because of this the carriage flipped.

**Passengers:**

**Dorothy Vick**

Ms. Vick was interviewed by Apo. Myrick. This interview was captured on his BWC. This interview was done at Memorial Medical Center. This is an overview of Ms. Vick's interview.

Ms. Vick was part of a group of four on this tour. The people in the group were Ms. Vick, her husband (Gary), her brother-in-law (John) and John's fiancé Debra Jacques. Ms. Vick stated they started the tour at approximately 1100 am and the tour was supposed to have last approximately 45 minutes. Ms. Vick stated the tour was "fine" until the "horse was spooked". This happened in the area of Columbia Square. She stated there was a tree trimming company on the side of the road using a chipper. The chipper was the only unusual noise and the horse appeared to be agitated by this. She stated when the horse became agitated it went into a full gallop. The horse stayed in a gallop up until it was approaching Congress St. This is when the carriage tipped over. Finally Ms. Vick stated Ms. Fahney was very professional during the tour.

**Gary Vick**

Mr. Vick was interviewed by Apo. Myrick. This interview was captured on his BWC. This interview was done at Memorial Medical Center. This is an overview of Mr. Vick's interview.

| Case Report No. 190208054 | Agency NCIC Number GA02~.~00 | Accident Date 2-8-19 | | | Georgia Uniform Motor Vehicle Accident Supplemental Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Occupants** Last Name     First     --Address, City, State, ZIP | | | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EJTR | AIR BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

Mr. Vick's interview starts out about the same as his wife's (Dorothy). The tour started at approximately 1100 am and it was supposed to last approximately 45 minutes. The tour was going fine up until they got into the area of Columbia Square. He stated there was a tree trimming company working on Columbia Square. This company was using a chipper and when they got near it the horse "got agitated". Shortly after the horse became agitated it took off at a gallop north on Habersham St. Mr. Vick stated the horse was at a gallop until the carriage tipped over near Congress St. He finished by saying that the driver was very professional during the tour.

**John Vick**

I interviewed Mr. Vick at Candler Hospital. This interview was captured on my BWC. This is an overview of his interview.

At the time of this interview Mr. Vick could only give me limited information due to his injuries. He stated the noise from the tree trimming crew startled the horse. He stated because of this the driver lost control. Somewhere while the driver was trying to gain control they hit a curb and they flipped. He was in the right rear and it appears that most of the occupants of the carriage ended up on top of him.

**Debra Jacques**

I interviewed Ms. Jacques at Candler Hospital. This interview is captured on my BWC. This is an overview of her interview.

Ms. Jacques stated the tour started at approximately 1100 am. They were approximately 20 to 30 minutes into the tour when they came around a square. There was a car behind them at the time. She did not know the name of the square. She stated there was a tree service company shredding. They started shredding a big branch just as they came by. She claimed this spooked the horse. The tree company started shredding another branch and that is when the horse took off. The driver tried to get control but she could not and they eventually flipped.

**Erik Edstrom**

Mr. Edstrom was interviewed by Apo. Myrick. This interview was captured on his BWC. This interview was done at Memorial Medical Center. This is an overview of his interview.

Mr. Edstrom was with his wife (Michelle) and they were the other party in this tour. He stated they were picked up at approximately 1100 am and the tour was supposed to last approximately 45

| Report By : _RVlv_ CPL R. Walp | PayRoll : 3799 | Supervisor: _[signature]_ | Page 8 |
|---|---|---|---|

| Case Report No. 190208054 | Agency NCIC Number GA02_ _ 00 | Accident Date 2-8-19 | | Georgi' ' 'niform Motor Vehicle Accident Supplemental Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants Last Name   First   --Address, City, State, ZIP | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | |

minutes. Mr. Edstrom stated the driver was claiming they were ahead of schedule and they might be taking a slightly different route. Mr. Edstrom stated that the driver was professional throughout the tour. He stated the driver claimed the horse was approximately 12 years old. It appeared to Mr. Edstrom that the driver was having trouble controlling the horse because the horse was "misbehaving". He specifically noted that the horse would start "trotting" and the driver would have to slow it down. In addition that the horse would try to walk when the driver did not want it to. Mr. Edstrom stated that there was a tree trimming company in the area of Columbia Square. This was the area that the horse became "spooked" in this area. That is when it took off at a full gallop and they did not stop until the carriage tipped over near Congress St.

**Michelle Edstrom**

Cpl. Moore attempted to interview her at Memorial Medical Center but he could not due to her condition at the time. I interviewed her at a later date. This interview was done on 15 February 2019 at approximately 1525 hrs. This interview was done telephonically because Mr. and Ms. Edstrom had already returned to California. I digitally recorded the interview. The following is an overview of her interview.

Ms. Edstrom stated she has been around horses most of her life. She stated that the tour started out OK, but part of the way through the tour the horse became "antsy" She stated the driver did not appear to have noticed this in the horse. As the tour progressed the horse continued getting more and more "antsy" and she thinks he started "prancing". She did not remember the wreck specifically.

**Witnesses**

**David Major**

Cpl. Moore interviewed Mr. Major at the scene. This interview was digitally recorded. This is an overview of that interview.

At the time of this crash Mr. Major was on a ladder painting the front of 24 Habersham St. (this is the front of the house that the carriage came to final rest in front of). While painting he heard a scream and looked toward the scream. He saw the horse and carriage at Habersham St. and Congress St. They were going towards St. Julian St. The way he described the horse and carriage was that they were "bolting". He jumped off of the ladder so he would not get hurt by the horse and carriage. Right before he jumped he stated the horse and carriage "turned over". He said the horse laying with its legs under its belly and there were 7 or 8 people pinned under the carriage. With the

| Report By : CPL R. Walp | PayRoll : 3799 | Supervisor: | Page 9 |
|---|---|---|---|

| Case Report No. 190208054 | Agency NCIC Number GA025_.00 | | Accident Date 2-8-19 | | | | Georgia Uniform Motor Vehicle Accident Supplemental Report | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants Last Name   First   --Address, City, State, ZIP | | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | |

help of other bystanders they turned the carriage back onto its tires. Part of Cpl. Moore's follow up questions was to ask Mr. Major about the speed of the carriage. Mr. Major stated the horse was running at a full speed. In addition he confirmed that the carriage overturned as they were making the right from north bound Habersham St. to Congress St.

**Gentry Jefferson**

Cpl. Moore interviewed Mr. Jefferson. This interview was digitally recorded. This is an overview of the interview.

Mr. Jefferson stated he was walking east on Broughton St. when he saw the horse and carriage run through the stop sign at Broughton St. and Habersham St. He stated the next thing he heard was a crash. Mr. Jefferson stated he did not actually see the crash. After the crashing sound the next time he saw the carriage was after it had flipped and by standers were trying to lift it off of the passengers.

**James Holloway**

Apo. Myrick interviewed Mr. Holloway. This interview was captured digitally on Apo. Myrick's BWC. This is an overview of the interview.

Mr. Holloway was doing contract work on the Berrien House at 322 E. Broughton St. This house is located at the corner of Broughton St. and Habersham St. Mr. Holloway was on a second floor balcony and could see into Warren Square. Mr. Holloway heard the sound of the horse at a full gallop. He looked in the direction that the horse and carriage was coming from. They were traveling north on Habersham St. He saw the driver trying to pull the reigns to get the horse to stop. He saw the horse and carriage headed towards Warren Square. He said the carriage all of a sudden turned right. This forced the right side of the carriage up. Then all of a sudden the carriage turned left and the left side of the carriage lifted up. It appeared to him that the lifting/shifting from side to side caused the carriage to overturn.

**Injuries**

The following is a list of who had serious injuries.

**John Vick**

Collapsed lungs, broken ribs on his left side, and broken vertebrate.

| Report By : CPL R. Walp | PayRoll : 3799 | Supervisor: | Page 10 |
|---|---|---|---|

| Case Report No. 190208054 | Agency NCIC Number GA02~. ~00 | Accident Date 2⌐8-19 | Georgi~ 'Iniform Motor Vehicle Accident Supplemental Report | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants Last Name      First      --Address, City, State, ZIP | | | | AGE | SEX | # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTA | AIR BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

**Gary Vick**

> Broken Vertebrate

**Dorthy Vick**

> Broken right shoulder and a broken left knee cap.

**Michele Fahney**

> Broken right femur

**Debra Jacques**

> Disfiguring road rash, bruised right shoulder, bruised right hip.

**Michelle Edstrom (pregnant)**

> Road rash (arm, face, knees and ankles), right ankle sprain with a wound to the bone, and multiple head lacerations.


**12 February 2019**

> Today I looked up the City of Savannah ordinances that may have applied to this incident. They were City codes 6-1561(b)(5), 6-1564, 6-1565, 6-1569(d), and 6-1590. I will follow up with the City of Savannah tourism section because that is who regulates the carriage companies.


**13 February 2019**

> Today I went back to the area of Columbia Square and Warren Square to see if I could locate any video cameras that may have caught this incident. I walked from Habersham St at Oglethorpe Ave. to Habersham St. and St. Julian St. The only camera that I could find that may have caught any of this incident was on the west side of 130 Habersham St. I contacted the owner and I was told this camera only stores footage for 48 hrs. It was too late to see anything it might have caught.

| Report By : CPL R. Walp | PayRoll 3799 | Supervisor: | Page 11 |
|---|---|---|---|

| Case Report No.<br>190208054 | Agency NCIC Number<br>GA02_ _00 | Accident Date<br>2-8-19 | Georgi_ 'Iniform Motor Vehicle Accident<br>Supplemental Report | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants<br>Last Name   First   —Address, City, State, ZIP | | | | AGE | SEX | VEH #| POS | INJ | TAKEN FOR TREATMENT | EJEC'T | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

After I finished walking the Habersham St. area I went to see Ms. Cynthia Pelote from City of Savannah Tourism section. Ms. Pelote stated Ms. Fahney is a properly registered tour guide. Ms. Pelote also stated the company and this specific carriage had just recently passed a City of Savannah inspection. She emailed me all of the documents that went with this inspection and the most recent documents for the horse. After looking at everything there was no violations of a City of Savannah code that could be found.

**BWC Review**

I reviewed all of the BWC's that were tagged under this incident. I found 8 video's that were not either straight interviews by traffic officers, my overall video, or the two videos that are tagged under this CRN but are not of this incident. The following is the pertinent information that I found within the reviewed video's.

**5-30s**

In this video the horse is already separated from the carriage. It appears that this starts with the horse at St. Julian St. and Price St. In this video you can see 3 employee's stripping off the gear from the horse. In this video the horse is very agitated. A bystander asks about having a veterinarian come and administer a sedative to the horse. The employee's declined this offer. Eventually the employee's start to walk the horse back to the stables. The officer accompanies them. While they are walking one of the employees talk about the horse "always prancing". They also talk about the horse having a partner in the recent past. Kelly Tarr is the employee walking him. It appears to me that the horse is more in control than her. Well away from the scene the horse is still agitated. The horse does not appear to be calming down. In the area of E. Broad St. and York St. the horse was very unhappy around the traffic and it tried to take off. He dragged Kelly for a short distance. The other employee that was walking with the horse was a Tyler Tucker.

**5-30**

In this video the only two things that were noted is that the horse just got separated from the carriage and the carriage is back up.

**Accident**

In this video it appears that a group of painters is pushing the carriage to where I found it. Also there was someone talking about a sign the was lodged against the front of the carriage.

| Report By<br>CPL R. Walp | PayRoll :<br>3799 | Supervisor: | Page 12 |
|---|---|---|---|

| Case Report No. 190208054 | Agency NCIC Number GA025___00 | Accident Date 2-8-19 | Georgi~ 'niform Motor Vehicle Accident Supplemental Report | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants Last Name    First    --Address, City, State, ZIP | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EJECT | AIR BAG |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | |

**Sig 5 Horse Carriage**

In this video you can see where everything came to final rest before they were separated. The horse appears to be on its side in about the crosswalk crossing from the south side of St. Julian St. to the north side of St. Julian St. There is a "NO PARKING" sign along with it's pole lodged in the foot rest area for the driver of the carriage. It sounds like the driver was saying "they turned on the chipper" to someone. Mr. Edstrom heard saying "the horse was out of control", she could not get him under control", "carriage went into bushes which caused it to flip", and "no cars around". This was said right before he went to the hospital.

**Accident follow up Habersham and State (there is two video's with the same title)**

This video is all in Spanish and I could not understand what was being said.

**Accident follow up Habersham and State**

This video was the first attempt at talking to the tree trimming crew. In this video there is a clear shot of the name of the company on an orange lift truck along with their phone number. The truck appears to be on the north side of State St. on the northeast corner of State St. and Habersham St. One of the employee's states they did not see the carriage coming around the square. They claimed to not see the carriage until it was up by Broughton St.

**Accident with injuries**

There was nothing I used in this video.

**Accident with injuries-2**

In this video you can see a large white truck with a large chipper attached to it parked on Habersham St. south of Broughton St. All of the conversation in this video is in Spanish.

All of the rest of the BWC videos are from traffic officer's interviewing witnesses, occupants, driver, my video, and two videos that are tagged under this CRN but are not of this incident.

Looking at everything that I have I could not find a violation of any state law or city ordinance. I ran everything I had by the District Attorney's office. Because I could not find a violation of any state law or city ordinance they are declining going forward with any charges.

| Report By : CPL R. Walp | PayRoll : 3799 | Supervisor: | Page 13 |
|---|---|---|---|

| Case Report No. | Agency NCIC Number | Accident Date | Georgi~ 'Iniform Motor Vehicle Accident Supplemental Report | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | GA02~_~00 | 2-8-19 | | | | | | | | | | |
| Occupants Last Name   First   —Address, City, State, ZIP | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECY | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | |

**Findings**

My findings in this case are as follows. Ms. Fahney was a tour guide and horse carriage driver. She was giving a tour with her assigned horse and carriage. There were 6 people on this tour. The tour started in front of the Hyatt on Bay St. Eventually the tour took the group east on York St. past Columbia Square. At the same time the tour was starting to pass Columbia Square there was a City of Savannah contracted tree trimming company. Just as the horse was passing a large wood chipper from the tree trimming company the crew started it up. It is at this point the horse became very agitated. As the tour guide was trying to get the horse under control the tree trimming company started to chip a large limb. The horse then became completely out of control and took off running north on Habersham St.

They crossed Broughton St. and started to enter Warren Square. All of a sudden they turned east on Congress St. with part of the carriage entering the bushes on the southeast corner of Warren Square. As the carriage was coming out of the square the carriage tipped over and all of the occupants were ejected. All of the occupants except one were seriously injured. Everyone was transported to Memorial Medical Center.

After interviewing witnesses and the occupants there was a mention of a car behind the carriage for part of the tour. The only person who talked about a vehicle passing the carriage was the carriage driver and she claimed it was a large beer truck. The driver of the carriage claimed the truck she talked about passed them at the same time the chipper started. It was because of this she claimed the horse spooked. No one else talked about a vehicle passing the tour at all.

After conducting a full investigation I could not find ANY violation of a State of Georgia law or an Ordinance of the City of Savannah. The District Attorney's office declined any prosecution.

At this time I'm requesting this case to be closed.

| Report By : _RJ\__ CPL R. Walp | PayRoll : 3799 | Supervisor: _(signature)_ | Page 14 |
|---|---|---|---|

| Case Report No. 190208054 | Agency NCIC Number GA02_ _00 | Accident Date 02/08/2019 | Georgi- Uniform Motor Vehicle Accident Supplemental Report | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants Last Name    First    --Address, City, State, ZIP | | | | AGE | SEX | VEH # | POS | d/s | TAKEN FOR TREATMENT | EJECT Y | SAFETY EQUIP | EJ/R | AIR BAG |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | |

### Investigative Supplemental
### CPL. R. Moore

On 08 February 2019 I responded to the area of Habersham Street and E. Congress Street, near Warren Square, for a crash with multiple injuries. This crash involved a single vehicle, a horse drawn carriage, that had multiple occupants at the time of the crash. When I arrived at the scene the primary investigator, Cpl. Walp, asked me to interview 2 of the witnesses to the crash. I began by locating the first witness, Mr. David Major and moving him to my Police vehicle and conducting an audio recorded interview beginning at approximately 1211.

*Major, David*
**914 Wilcox Street (Savannah, GA)**
**D.O.B.** ▆▆▆/1954
**Contact:** ▆▆▆▆▆▆

Mr. Major said that at the time of the crash he was standing on a ladder on the front of 24 Habersham Street painting the residence. He said that he "heard a scream" then he looked and saw "a horse and carriage bolting" on Habersham and Congress and heading toward St. Julian. Mr. Major said that he jumped from his ladder as to not get hurt by the horse and/or carriage. He added that just before he jumped both the horse and carriage "turned over". He said that the horse was laying with his legs "crushed between his belly" and there were "7 or 8 passengers pinned under the carriage. Mr. Major said that he and some more bystanders turned the carriage "right side up", then he called 911. I asked Mr. Major if the horse was already running when he first saw it. It said "it was already running full speed". He also confirmed that the carriage overturned when it attempted to maneuver the corner at the southeast corner of Warren Square. I asked Mr. Major if he and the other bystanders had moved the carriage when the picked it up, he said "we just set it right side up again". I asked how long form that point was it before 1st responders arrived, he said "they was here in about 3 minutes". I confirmed Mr. Major's exact location during the incident as being on the west side of 24 Habersham Street which is the first house south of St. Julian. I asked Mr. Major if the driver or any of the occupants of the carriage made any comments while he was around them. He said that they were all in shock and didn't make any comments. I ended the interview at approximately 1217.

| Report By : CPL R. Moore | PayRoll : 00541 | Supervisor: | Page 1 |
|---|---|---|---|

| Case Report No. 190208054 | Agency NCIC Number GA02\_.\_00 | | Accident Date 02/08/2019 | Georgia Uniform Motor Vehicle Accident Supplemental Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants Last Name     First   --Address, City, State, ZIP | | | | AGE | SEX | SEN # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQ | RESTR | AIR BAG |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | |

**Jefferson, Gentry Taylor**
1321 Glennwood Ave (Hagerstown, MD)
D.O.B. ▮▮▮▮2000
Contact: ▮▮▮▮▮▮

After completing my interview with Mr. Major, I located the other witness Mr. Gentry Jefferson. Mr. Jefferson and I moved to my Police vehicle where I conducted an audio recorded interview beginning at approximately 1222. Mr. Jefferson began by stating that he was walking east on Broughton Street when he saw the horse and carriage run across Broughton Street on Habersham Street without stopping at the intersection. He said that he then heard a crash and saw people begin to come out of homes in the area. Mr. Jefferson continued that when he next saw the carriage it was already "flipped over" and that bystanders were just beginning the attempt to lift it back upright. I asked Mr. Jefferson if he assisted in lifting the carriage, he said "I did not". I asked Mr. Jefferson if he actually witnessed the crash or if he only heard it. He said that he saw the vehicle "moving quickly", but he did not see the crash. I asked Mr. Jefferson if he heard any of the occupants of the carriage make any statements concerning the crash. He said "the driver, I believe, said that the horse heard something" before it began running. He said that she mentioned a possible vehicle or children spooking the horse. He said that he heard one of the other passenger say that at first they really didn't think much of the horse running because they were from out of town. He ended by saying "I know they said that the horse got spooked, that's what one of the people told me".

**Fahey, Michele**
D.O.B. ▮▮▮▮/1979
Contact: ▮▮▮▮▮▮

After interviewing the two witnesses Officer E. Myrick and I moved to Memorial Medical Center to make contact with the injured parties. I first made contact with the driver of the horse drawn carriage Ms. Michele Fahey. Ms. Fahey was lying in a hall bed still with a neck support in place. Her face had dried blood over a large percentage of it and she continually "sniffed" as if she were congested. Ms. Fahey said that she was the tour guide on a horse drawn carriage with 6 other passengers. Ms. Fahey said that the tour was traveling east on York Street approaching Columbia Square and that there was a "big green beer truck, delivery truck behind us". She continued by

| Report By CPL R. Moore | PayRoll: 00541 | Supervisor: | Page 2 |
|---|---|---|---|

| Case Report No. | | Agency NCIC Number | | Accident Date | | Georgia Uniform Motor Vehicle Accident Supplemental Report | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90208054 | | GA020 500 | | 02/08/2019 | | | | | | | | | | | |
| Occupants Last Name    First    --Address, City, State, ZIP | | | | | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTR | AIR BAG |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Injured Taken to: | | | | | | | | | | | | | | | |

saying that as they entered Columbia Square there was a "wood chipper truck" on the south east corner of York and Habersham Streets. She said that the truck was "off" but as the tour entered the square "they flipped it on" and fed branches into it. She said that the horse "reacted, but not terribly" to this. At the same time, Ms. Fahey says that the "green beer truck" passed her on the right and turned south on Habersham Street. She said that the horse was "looking at both of those things" so she tried to pull the horse as far to the left as possible and point him out of the square. At the same time that the "wood chipper" was turned on, Ms. Fahey said that a worker cranked a saw. At that point she says the horse spooked, and just started running". She said that at that point she pulled the reins as tight as she could and was "bracing and yelling whoa". Ms. Fahey said that she managed to get the horse around the square within "a relative amount of control" then he continued north on Habersham Street toward Broughton Street. While running north, Ms. Fahey was able to steer the horse away from a vehicle traveling south and she thought the horse may stop at that point. However, it did not stop and continued running north and crossed Broughton Street. As the horse approached Warren Square, Ms. Fahey said that she realized he was going to run directly into the square, on the sidewalk and toward trees and a bench. This caused her to try and steer the horse around the square and he responded by veering right, but the carriage wheel hit the curb and bushes at the southeast corner of Warren Square. This "flipped the carriage" and caused it to "fly" across the street to the right (east). Ms. Fahey said at that point the carriage was on its right side, people were screaming and she added that she was "sliding across the ground on my face". After this, she said that bystanders lifted the carriage off of her and the other trapped passengers. She then had someone at the scene use her cell phone to call the office manager of the company she works for. She said after speaking with the office manager, she came to the scene and unhitched the horse. At this point I asked Ms. Fahey about her injuries. She said that the only injury, other than scrapes and road rash, was her right leg being obviously broken. Later, Ms. Fahey said "I feel like I almost had him" referring to her feeling that she had almost regained control of the horse.

After speaking with Ms. Fahey, I moved upstairs in an attempt to speak with Mrs. Michelle Edstrom, a pregnant female passenger. Mrs. Edstrom was suffering from a head injury as well as numerous other scrapes and instances of road rash. Mrs. Edstrom did not have pertinent information to add at the time due to her injuries.

| Report By : CPL R. Moore | PayRoll : 00541 | Supervisor: | Page 3 |
|---|---|---|---|

| Case Report No. | Agency NCIC Number | | Accident Date | Georgia Uniform Motor Vehicle Accident | | | | | | | | |
| 190208054 | GA02 00 | | 02/08/2019 | Supplemental Report | | | | | | | | |
| Occupants Last Name | First | --Address, City, State, ZIP | | AGE | SEX | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EJTR | AIR BAG |
| Vick, Gary | 11542 Deer Lane   La Plata MD  20646 | | | 68 | M | | | | | | | | |
| Vick, Dorothy | 11542 Deer Lane   La Plata MD  20646 | | | 67 | F | | | | | | | | |
| Edstrom, Erik | 24673 Stewart Street  Loma Linda CA  92354 | | | 26 | M | | | | | | | | |
| Injured Taken to:  Memorial Medical Center | | | | | | | | | | | | | |

### Investigative Supplemental
### Edwin Myrick  62728

On 02/08/2019 at 1132 hours I, Officer Myrick responded to the area of Habersham Street and Congress in reference to an incident involving a carriage pulled by a horse.

**First Observations**
Upon first arrival, the scene was secured and all parties had been transported to their respective hospital.  I observed a mark in the roadway consistent with the travel path that the carriage would have made, it suggested that the carriage was traveling North bound on Habersham Street at an above average speed and attempted to turn East (right) onto Congress (Warren Square).  The physical evidence showed that the carriage then veered to the left just before the left two wheel struck a curb and shrubbery which most likely contributed to the carriage overturning onto its side.  I then observed a white male who appeared to be a painter standing within the secured area, understanding that there were painters in the area at the time of the incident, I asked if he would speak with me.

**Holloway, James**
**OLN 056557241          1959**
I spoke with James Holloway who was performing contractor work at the Berrien House at 322 East Broughton Street.  The Berrien House is located on the corner of Broughton Street and Habersham Street.  Holloway stated that he was outside on the second floor balcony where he had full view of Habersham Street from Broughton Street up to Warren Square.  Holloway stated that he heard what sounded like a horse in full gallop approaching his location.  Holloway stated that he looked up and observed a horse pulling a carriage containing an estimated 8 people traveling north bound on Habersham.  Holloway stated that he did not recall any unusual noises beforehand but did see the driver of the carriage frantically pulling the reigns back in an attempt to get the horse to stop- she was unsuccessful.  Holloway stated that he watched as the horse galloped towards Warren Square, abruptly turned to the right which forced the right side of the carriage to lift from the asphalt and then abruptly turned left.  He stated that it appeared that, as the carriage shifted from one side to the other it caused the carriage to overturn on its side.
Holloway stated that he and several other by-standers approached the scene where many tried to calm the horse who was trying to get back upright.  Holloway stated that he noticed that the carriage was on the driver's leg; therefore, the group of by-standers all lifted the carriage back upright to render aid to the driver.  Holloway stated that the driver was coherent and did not appear to be under the influence of anything at that time.

This concluded my involvement at the scene, I then traveled to Memorial Hospital to assist.

| Report By | PayRoll : | Supervisor: | Page 1 |
| Edwin Myrick | 62728 | | |

| Case Report No. | Agency NCIC Number | | Accident Date | Georgia Uniform Motor Vehicle Accident | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | G 'f )0 | | 02/08/2019 | Supplemental Report | | | | | | | | | |
| Occupants Last Name | First | --Address, City, State, ZIP | | AG | SEX | VIC a | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | RSTR | AIR BAG |
| Vick, Gary | | 11542 Deer Lane   La Plata MD  20646 | | 68 | M | | | | | | | | |
| Vick, Dorothy | | 11542 Deer Lane   La Plata MD  20646 | | 67 | F | | | | | | | | |
| Edstrom, Erik | | 24673 Stewart Street   Loma Linda  CA  92354 | | 26 | M | | | | | | | | |
| Injured Taken to:   Memorial Medical Center | | | | | | | | | | | | | |

I arrived at Memorial Hospital where I observed staff speaking to Gary Vic in room A-5.  His wife, Dorothy Vic was at station B-36; Gary Vic was being taken temporarily to X-Ray therefore I spoke with Dorothy Vic first.

**Vic, Dorothy**

I spoke with Dorothy Vic who stated that there were four people in their party; her and her husband, John Vic who was their son, and his girlfriend Debbie Jacques.  Dorothy Vic stated that there were two other people also in the carriage with them; however, were not part of their party.  Those two people were later identified as Erik and Michelle Edstrom of California.  Dorothy Vic stated that they started the carriage tour in front of the Hyatt at 11:00 am, a tour that was scheduled to last for 45 minutes.  Vic stated that the tour was going fine until the horse became "spooked" in the area of State Street and Habersham (Columbia Square).  Vic stated that there was a tree trimming company on the side of the roadway using a chipper machine, she stated that was the only unusual noise and that the horse became agitated right after that location.  Vic stated that their party of four was seated on the right side of the carriage with the Edstroms sitting on the left.  Vic continued to say that the horse began a full gallop until it approached Congress Street where the carriage overturned.  Dorothy Vic stated that prior to the incident, the driver of the carriage was very professional and did not appear to be under the influence of anything -- a professional carriage tour.  Dorothy Vic was complaining of a severe pain in her right shoulder.

**Vic, Gary**

I spoke with Gary Vic who mimicked the accounts given by his wife, Dorothy Vic.  Vic who stated that there were four people in their party; he and his wife, John Vic who was their son, and his girlfriend Debbie Jacques.  Gary Vic stated that there were two other people also in the carriage with them; however, were not part of their party.  Those two people were later identified as Erik and Michelle Edstrom of California.  Gary Vic stated that they started the carriage tour in front of the Hyatt at 11:00 am, a tour that was scheduled to last for 45 minutes.  Gary Vic stated that the tour was going fine until the horse became "spooked" in the area of State Street and Habersham (Columbia Square).  Gary Vic stated that there was a tree trimming company on the side of the roadway using a chipper machine, she stated that was the only unusual noise and that the horse became agitated right after that location. Gary Vic stated that their party of four was seated on the right side of the carriage with the Edstroms sitting on the left.  Gary Vic continued to say that the horse began a full gallop until it approached Congress Street where the carriage overturned.  Gary Vic stated that prior to the incident, the driver of the carriage was very professional and did not appear to be under the influence of anything – a professional carriage tour.  Gary Vic had a laceration and swelling on the left rear side of his head.

I then located Erik Edstrom who was on the second floor -- maternity.  It was discovered that his wife, Michelle Edstrom was pregnant and was relocated to the maternity floor.

| Report By : | PayRoll : | Supervisor: | Page 2 |
|---|---|---|---|
| Edwin Myrick | 62728 | | |

| Case Report No. | | Agency NCIC Number | | Accident Date | | Georgia Uniform Motor Vehicle Accident Supplemental Report | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190208054 | | GA02   '00 | | 02/08/2019 | | | | | | | | | | | |

| Occupants Last Name | First | --Address, City, State, ZIP | AGE | SEA | VEH # | POS | INJ | TAKEN FOR TREATMENT | EJECT | SAFETY EQUIP | EXTR | AIR BAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vick, Gary | | 11542 Deer Lane   La Plata MD   20646 | 68 | M | | | | | | | | |
| Vick, Dorothy | | 11542 Deer Lane   La Plata MD   20646 | 67 | F | | | | | | | | |
| Edstrom, Erik | | 24673 Stewart Street  Loma Linda CA  92354 | 26 | M | | | | | | | | |
| Injured Taken to:  Memorial Medical Center | | | | | | | | | | | | |

**Erik Edstrom**
OLN Y3246699 (CA)          /1992
I spoke with Erik Edstrom who stated that they started the carriage tour in front of the Hyatt at 11:00 am, a tour that was scheduled to last for 45 minutes. Edstrom did stated that the driver of the carriage made a comment suggesting that they were ahead of schedule and may have been taking a slightly different route, or either an extra block; however, he stated that the driver was very professional and did not appear to be under the influence of anything.  Edstrom stated that the driver stated that the horse was approximately 12 years old; however, during the tour it appeared that the driver was having a hard time controlling the horse due to it "misbehaving". Edstrom specifically said that the horse would start trotting and the driver would have to slow the horse down, and that the horse would try and walk when the driver did not want it to, etc.
Edstrom stated that the horse became "spooked" in the area of State Street and Habersham (Columbia Square). Edstrom stated that there was a tree trimming company on the side of the roadway using a chipper machine, she stated that was the only unusual noise and that the horse became agitated right after that location.  Edstrom continued to say that the horse began a full gallop until it approached Congress Street where the carriage overturned.  Edstrom said the he only received a small laceration to his left shoulder because he was on the left side of the carriage and landed on someone else when the carriage overturned.

Michelle Edstrom was approached by Corporal Moore with the Traffic Investigation Unit.

This concludes my involvement.

_____          62728
Edwin Myrick                     Payroll


_____          10640
Ruben Colon, Sergeant            Payroll


_____          621
Joe Lewis, Sergeant              Payroll


| Report By :   Edwin Myrick | PayRoll   62728 | Supervisor: | Page 3 |
|---|---|---|---|



**SAVANNAH POLICE**
To Serve, Protect and Build Trust

*SavannahPD.org*

## FORENSIC UNIT TECHNICAL SERVICE WORK REQUEST

| CRN | 190208054 | INCIDENT DATE | 2-8-19 | CRIME | Serious Injury Wreck |
|-----|-----------|---------------|--------|-------|----------------------|
| INCIDENT LOCATION | Habersham St. @ St. Julian | | | | |

### TYPE OF SERVICE REQUEST NEEDED

| | | |
|---|---|---|
| ☐ CRIME SCENE SEARCH | ☐ LATENT PRINT COMPARISON | ☐ PHOTO LINE UP |
| ☐ EXAMINE SUBMITTED EVIDENCE | ☐ VIDEO SUPPORT | ☐ AUDIO SUPPORT |
| ☐ ZONE SUSPECT | ☒ PHOTOGRAPHS (PROVIDED ON DVD) | ☐ OTHER (EXPLAIN) |
| REMARKS / SPECIAL INSTRUCTIONS: A copy of the forensics photos please | | |

### EVIDENCE LOCATION

| | | |
|---|---|---|
| ☐ AT CRIME SCENE | ☐ SPD PROPERTY ROOM | ☐ VICTIM HAS POSSESSION |
| CONTACT PHONE # | | |

### DISPOSITION OF EVIDENCE

| | |
|---|---|
| ☐ FORWARD TO SPD PROPERTY ROOM | ☐ DESTROY AFTER PROCESSING |
| ☐ RELEASE TO OWNER | ☒ RETURN TO SUBMITTING OFFICER / DETECTIVE |

### VICTIM INFORMATION

| NAME | | | DATE OF BIRTH | | |
|------|---|---|---------------|---|---|
| AGE | | RACE | SEX | | SSN |
| ADDRESS | | | | | |
| CITY | | STATE | | ZIP CODE | |
| HOME PHONE | | WORK PHONE | | CELL PHONE | |

### SUSPECT(S)

| NAME | PACKAGE # | RACE | SEX | DATE OF BIRTH | SSN |
|------|-----------|------|-----|---------------|-----|
| | | | | | |
| | | | | | |

| SUBMITTING OFFICER | Cpl. R. Walp | REQUEST DATE | 3-4-19 |
|--------------------|--------------|--------------|--------|

### RESULTS OF EXAMINATION (In Office Use Only)

| | |
|---|---|
| | |

| COMPLETION DATE | | FORENSIC OFFICER | |
|-----------------|---|------------------|---|
| RECEIVED BY | | | |

SPD FORM 1027w