IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHELLE FAHEY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-4 |
| v. | |
| KOLCUN TREE CARE, LLC; and JOHN DOES 1–10, | |
| Defendants. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal, signed and filed by counsel for Plaintiff and counsel for Defendants on January 8, 2024, wherein the parties indicate they have fully settled all claims which might have been put at issue in this action and they therefore stipulate to the dismissal, with prejudice, of this action. (Doc. 66.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 12th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA